AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kimber Baldwin Designs, LLC <br> *Plaintiff* <br> v. <br> Silv Communications, Inc., et al. <br> *Defendant* | ) <br> ) Civil Action No. 1:16-cv-448 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiff's motion for final settlement approval (Doc. 36) is GRANTED. Class Counsel's motion for approval of attorneys' fees, expense reimbursement, and contribution awards (Doc. 35) is GRANTED. This action and every Released Claim (including all individual claims and Class-wide claims presented thereby) is hereby DISMISSED on the merits and with prejudice, without fees or costs to any Party except as provided in the Settlement Agreement and adopted in this Order. This case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/13/2017

CLERK OF COURT

*Scott M.* [signature]

Signature of Clerk or Deputy Clerk